IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES WILLIAMS** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 10-2548** |
| **GLORIA LEWIS**, *et al.* | : | |

## ORDER

**AND NOW**, this 2nd day of June, 2010, it is **ORDERED** as follows:

1. The petition is **DENIED WITHOUT PREJUDICE**;

2. If petitioner files with the Clerk within twenty (20) days from the date of this Order a certified copy of his inmate trust fund account statement for the six-month period preceding the filing of his complaint and obligates himself to pay the $350.00 filing fee, this action will be reinstated; and

3. The Clerk of Court shall **CLOSE** this action statistically.

    /Timothy J. Savage
TIMOTHY J. SAVAGE, J.